UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE LEMCOOL,

    Petitioner,

v.                                          Case No. 8:05-cv-379-T-23EAJ

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## O R D E R

On or before July 11, 2005, Lemcool shall file a reply to the respondent's June 3, 2005, response to Lemcool's petition for writ of habeas corpus.

ORDERED in Tampa, Florida, on June 12, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro