UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE LEMCOOL,

    Petitioner,

v.                                                         Case No. 8:05-cv-379-T-23EAJ

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## O R D E R

Lemcool's motion (Doc. 14) to strike the respondent's motion for extension of time is **DENIED**.

Lemcool's motion for extension of time (Doc. 16) is **GRANTED**. She shall file her reply to the response on or before Tuesday, July 26, 2005.

ORDERED in Tampa, Florida, on June 24, 2005.

                                                             STEVEN D. MERRYDAY
                                                           UNITED STATES DISTRICT JUDGE

SA/ro